KATHARINE ALLISON, Appellant, v WILLIAM B. ALLISON, Respondent.

Submitted May 26, 2009; decided June 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of AMIR J.-L., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILLIP J.-L., Appellant.

Submitted May 18, 2009; decided June 30, 2009

Motion, insofar as it seeks leave to appeal as against the Administration for Children's Services, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal as against the Law Guardian, dismissed for failure to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2). Motion for poor person relief dismissed as academic.

NATALIA ANIKUSHINA, Respondent, v COURTNEY D. MOODIE, Defendant, and CONSOLIDATED DELIVERY LOGISTICS, INC., et al., Appellants.

Submitted May 26, 2009; decided June 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.